Rose M. Long, appellee, v. Ethel M. Sebolt, appellant.   Gen. No. 30,093.

Action for libel.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925.  Affirmed upon remittitur of $7,000, otherwise reversed and remanded.  Opinion filed December 14, 1925.  *Certiorari* denied by Supreme Court (making opinion final).

A. D. Gash, for appellant.  Joseph D. Ryan and Maurice J. Moriarty, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Joseph Heit, appellee, v. City of Chicago et al., appellants.  Gen. No. 30,130.

Petition for mandamus to compel issuance of a municipal license. Writ awarded.  Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1925.  Reversed. Opinion filed December 14, 1925.

Francis X. Busch, Corporation Counsel, and Bernard A. Conlon, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel.  No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary N. Young, administratrix of the estate of Louis W. Young, deceased, appellant, v. John W. Patrick, Jr., appellee.  Gen. No. 29,971.

Action for death resulting from injury by automobile.  Judgment for defendant.  Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding.  Heard in the third division of this court for the first district at the March term, 1925.  Affirmed.  Opinion filed December 23, 1925.

James J. Barbour and Edward H. S. Martin, for appellant.  Crowe & Nutt, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Gabriel Tylutki, appellant, v. Frank Allport, appellee.  Gen. No. 29,995.

Action for malpractice.  Judgment for defendant setting up applicability of Workmen's Compensation Act.  Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding.  Heard in the third division of this court for the first district at the March term, 1925.  Affirmed.  Opinion filed December 23, 1925.

Peters & Horwitz, for appellant; James H. Turner, of counsel.  George A. Schneider and Bates, Hicks & Folonie, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.